**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| RAYFORD M. GRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>COLUMBIA GAS OF VIRGINIA INC.,<br><br>        Defendant. | Civil Action No. 2:18-cv-00475-HCM-LRL |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Defendant Columbia Gas of Virginia, Inc., by and through its undersigned attorneys, hereby submits its Fed. R. Civ. P. 7.1 Financial Interest Disclosure Statement and states that:

Defendant Columbia Gas of Virginia, Inc., a nongovernmental corporate party, is a wholly-owned subsidiary of NiSource, Inc., a publicly traded company. NiSource, Inc. has no parent company. The Vanguard Group owns more than ten percent (10%) of NiSource, Inc.'s stock.

Respectfully submitted this 14th day of September, 2018.

Dated: September 14, 2018.

By:   /s/ Elizabeth A. Lalik
Elizabeth A. Lalik, Esq. (VSB No. 36500)
Charles F. Trowbridge, Esq. (VSB No. 82736)
LITTLER MENDELSON, P.C.
1650 Tysons Boulevard, Suite 700
Tysons Corner, VA 22102
Telephone: 703.442.8425
Facsimile: 703.442.8428
Email: elalik@littler.com
           ctrowbridge@littler.com

*Counsel for Defendant Columbia Gas of Virginia, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of September, 2018, I electronically filed the foregoing **FINANCIAL INTEREST DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

>Kevin E. Martingayle, Esq. (VSB No. 38865)
>Bischoff Martingayle, P.C.
>3704 Pacific Avenue, Suite 300
>Virginia Beach, VA 23451
>Telephone: 757.233.9991
>Facsimile: 757.428.6982
>Email: martingayle@bischoffmartingayle.com

*Counsel for Plaintiff Rayford M. Gray*

>/s/ Elizabeth A. Lalik
>Elizabeth A. Lalik, Esq. (VSB No. 36500)
>Charles F. Trowbridge, Esq. (VSB No. 82736)
>LITTLER MENDELSON, P.C.
>1650 Tysons Boulevard, Suite 700
>Tysons Corner, VA 22102
>Telephone: 703.442.8425
>Facsimile: 703.442.8428
>Email: elalik@littler.com
>       ctrowbridge@littler.com

*Counsel for Defendant Columbia Gas of Virginia, Inc.*