SEP 2 6 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

RAYFORD M. GRAY,

        Plaintiff,

    v.                                            Civil Action No. 2:18cv475

COLUMBIA GAS OF VIRGINIA, INC.,

        Defendant.

## ORDER

This matter is before the Court on the Parties' Joint Notice of Resolution of the Case, Doc. 40, filed on September 25, 2019. It is hereby **ORDERED** that Plaintiff Rayford M. Gray's case is **DISMISSED WITH PREJDUCE** as to these claims and parties. Each party shall bear its own fees and costs. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of settlement.

The Clerk is **REQUESTED** to deliver electronically a copy of this Order to all counsel of record.

It is so **ORDERED**.

                                              /s/
                                  Henry Coke Morgan, Jr.
                                  Senior United States District Judge

                                HENRY COKE MORGAN, JR.
                                SENIOR UNITED STATES DISTRICT JUDGE

Norfolk, VA
September 26, 2019

We ask for this:

_____
Kevin E. Martingayle, Esq. (VSB No. 38865)
Bischoff Martingayle, P.C.
3704 Pacific Avenue, Suite 300
Virginia Beach, VA 23451
Telephone: 757.233.9991
Facsimile: 757.428.6982
Email: martingayle@bischoffmartingayle.com

*Counsel for Plaintiff Rayford M. Gray*


_____
Elizabeth A. Lalik, Esq. (VSB No. 36500)
Charles F. Trowbridge, Esq. (VSB No. 82736)
LITTLER MENDELSON, P.C.
1650 Tysons Blvd., Suite 700
McLean, Virginia 22102
703.286.3131 (Telephone)
703.442.8428 (Facsimile)
ELalik@littler.com
CTrowbridge@littler.com

*Counsel for Defendant Columbia Gas of Virginia, Inc.*